# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 6, 2019

No. 18-20658

Lyle W. Cayce
Clerk

MAGNA EQUITIES II, L.L.C.; JAI ALAI INSURANCE, INCORPORATED; DAVID A. FIELDS; MITCHELL LUKIN; GEORGE GILMAN; TOWNES PRESSLER; AVI MIRMAN; BTG INVESTMENTS, L.L.C.,

Plaintiffs - Appellants

v.

HEARTLAND BANK,

Defendant - Appellee

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CV-1479

Before WIENER, GRAVES, and OLDHAM, Circuit Judges.

PER CURIAM:*

This is an appeal of the district court's grant of summary judgment to Heartland Bank in an action claiming fraud, negligent misrepresentation, promissory estoppel, money had and received, and unjust enrichment. After consideration of the briefs, record, applicable law and oral arguments in this matter, the order of the district court is **AFFIRMED**.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.